## 35188. NATIONWIDE FINANCIAL CORPORATION OF GEORGIA v. BANKS.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

ARGUED SEPTEMBER 11, 1979 — DECIDED SEPTEMBER 26, 1979 —
REHEARING DENIED OCTOBER 16, 1979.

*Jones & Clark, Thomas H. Knuth,* for appellant.
*Joseph Szczecko,* for appellee.

## 35204. NODVIN v. NODVIN.

Judgment affirmed without opinion pursuant to Rule 59.
*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED SEPTEMBER 26, 1979 —
REHEARING DENIED OCTOBER 16, 1979.